[No. 69895-8-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL ELMER FAIRBANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00044-1, Jeanette Dalton, J., entered November 4, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Cox, J.

[No. 69896-6-I.   Division One.   April 29, 2013.]

*In the Matter of the Marriage of* ELIZABETH MARIE PARKER, *Petitioner*, and JAMES BRIAN PARKER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-3-01721-7, Scott A. Collier, J., entered August 26, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Verellen, JJ.

[No. 69897-4-I.   ˙Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. A.C.M., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-8-00745-3, Elizabeth P. Martin, J., entered October 6, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Verellen, JJ.

[No. 69898-2-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALEX ZUMWALT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-01100-0, Anna M. Laurie, J., entered August 19, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.